UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-61808-CIV-SEITZ/O'SULLIVAN

CARLEIGH RAE CORP.,

      Plaintiff,

v.

DIVETEK, INC.,

      Defendant.

_____ /

## ORDER REQUIRING FILING IF PARTIES OBJECT TO DISMISSAL OF CASE

THIS CAUSE is before the Court upon the Plaintiff's Nineteenth Status Report [DE-123], filed April 22, 2008. This matter has been stayed since January 13, 2005, pending determination of three Reissue Applications. [DE-92] Plaintiff reports that the Patent Office Examiner has yet to review Plaintiff's responses to the Office Actions for the Reissue Applications. Plaintiff states that it intends to request that the two Office Actions labeled "Final" be converted back to "Non-Final" and that Plaintiff will appeal if it is unable to reach agreement with the Examiner as to acceptable claim language. Plaintiff notes that a number of unpredictable variables render it impossible to determine when this case can be resolved and suggest that resolution is many years away. Accordingly, it is hereby

ORDERED that:

(1) The parties have **until May 12, 2008**, to file a Notice advising the Court if dismissing this case would result in extreme prejudice that a tolling agreement could not remedy. If the parties do not object to the dismissal of the case, they do not need to file a Notice; and

(2) If no notice has been filed by **May 12, 2008**, the Court will dismiss the case without prejudice.

DONE and ORDERED in Miami, Florida, this 28th day of April, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc: All Counsel of Record
    Magistrate Judge John J. O'Sullivan